IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT KENAI

FILED in the Trial Court
State of Alaska Third District
at Kenai, Alaska
JUL 30 2012
Clerk of the Trial Courts
By: _____ Deputy

FRANK E. BUSH, ET. AL

Plaintiff(s),

vs.

JAMES V. ZORIL, ET. AL

Defendant(s).

CASE NO. 3KN-12-804 CI

**SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT**

To Defendant: GOVERNMENT EMPLOYEES INSURANCE CORP. (d/b/a; GEICO)

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at (address): 125 TRADING BAY #100, KENAI AK 99611
within 20 days* after the day you receive this summons.

In addition, a copy of your answer must be sent to: DIXIE L. HAGQUIST
Plaintiff's attorney or plaintiff (if unrepresented): PRO PER PLAINTIFF
Address: 46416 SHANOLA LANE
KENAI, ALASKA 99611   SEE ATTACHED

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.state.ak.us/courts/forms.htm , to inform the court.

-OR-

If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

NOTICE OF JUDICIAL ASSIGNMENT

To: Plaintiff and Defendant

You are hereby given notice that this case has been assigned to Judge Charles T. Huguelet

(SEAL)                                    CLERK OF COURT

July 30, 2012                             By: _____
Date                                           Deputy Clerk

* The state or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 (2/06)(st.3)                      Civil Rules 4, 5, 12, 42(c), 55

Case 3:12-cv-00177-RRB   Document 1-2   Filed 08/29/12   Page 1 of 2

FRANK E. BUSH 570517
SPRING CR. CORR. CENTER
P.O. BOX 5001
SEWARD, AK. 99664


JAMES F. BUSH
62085 STERLING HWY
KASILOF, AK. 99610

(907) 260-6669